UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| LACURTIS W. DUNN | * | CIVIL ACTION NO. 17-1418 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| KEITH P. SHARRAH, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's claims against remaining Defendants Leavie E. Reed, Jr., and the City of Monroe, are hereby remanded to the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana.

**MONROE, LOUISIANA**, this 9th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE